NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiffs,<br><br>v.<br><br>LUIS CORPORAN,<br><br>           Defendants. | Criminal No.: 10-004 (JLL) 01<br><br><br><br>**AMENDED ORDER** |

Please be advised that oral argument on Defendant's motion [#46] to withdraw plea of guilty has been scheduled for **Thursday, October 6, 2011** at **12:30 p.m.** in Courtroom 5D of the Martin Luther King Jr., Federal Building, 50 Walnut Street, Newark, New Jersey. All parties are hereby required to appear.

**IT IS SO ORDERED.**

                                                                       /s/ Jose L. Linares
                                                                      Jose L. Linares,
                                                                       United States District Judge

Dated: October 4, 2011